UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAROLINA DISTASI,

              Plaintiff,

– against –

ROKT CORP.,

              Defendant.

**ORDER**

25-cv-06712 (ER)

Ramos, D.J.:

    Plaintiff brought the instant suit on August 14, 2025. Doc. 1. ROKT Corp. filed a motion to Compel Arbitration on October 17, 2025. Doc. 6. The Court denies ROKT Corp.'s motion without prejudice. All motions must be filed in accordance with the Court's Individual Practices, which require that the movant request a pre-motion conference prior to filing a motion to dismiss. *See* Individual Rule 2(A)(ii). The Clerk of Court is respectfully directed to terminate the motion, Doc. 6.

    It is SO ORDERED.

Dated:    October 20, 2025
              New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.